AO 245D (Rev. 09/11) Judgment in a Criminal Case for Revocations
Sheet 1
Case 4:13-cr-00048-BRW Document 16 Filed 08/23/13 Page 1 of 3

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
AUG 23 2013
JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

# UNITED STATES DISTRICT COURT
## Western District of Arkansas

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>DARRELL KEITH SIMPSON | **Judgment in a Criminal Case**<br>(For **Revocation** of Probation or Supervised Release)<br><br>Case No. 4:13-CR-00048-01-BRW<br>USM No. 18228-045<br><br>Justin Eisele<br>Defendant's Attorney |

**THE DEFENDANT:**

☑ admitted guilt to violation of condition(s) ___Special, General & Standard___ of the term of supervision.

☐ was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| Special | Consumption or Possession of alcoholic beverage or beer | 01/10/2013 |
| General | Commission of another federal, state, or local crime | 02/22/2013 |
| General | Illegal possession of a controlled substance | 02/22/2013 |

The defendant is sentenced as provided in pages 2 through __3__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.: __3027__

Defendant's Year of Birth: __1968__

City and State of Defendant's Residence:

08/22/2013
Date of Imposition of Judgment

_/s/ Billy Roy Wilson_
Signature of Judge

BILLY ROY WILSON,    U.S. District Judge
Name and Title of Judge

8-23-2013
Date

AO 245D (Rev. 09/11) Judgment in a Criminal Case for Revocations
Sheet 1A    Case 4:13-cr-00048-BRW   Document 16   Filed 08/23/13   Page 2 of 3

Judgment—Page 2 of 3

DEFENDANT: DARRELL KEITH SIMPSON
CASE NUMBER: 4:13-CR-00048-01-BRW

## ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Concluded |
|---|---|---|
| General | Unlawful use of a controlled substance. | 02/11/2013 |
| Standard (3) | Failure to answer truthfully all inquiries by the probation officer and follow instructions of the probation officer. | 02/25/2013 |
| Standard (7) | Failure to refrain from excessive use of alcohol and shall not purchase possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by physican. | 02/22/2013 |

DEFENDANT: DARRELL KEITH SIMPSON
CASE NUMBER: 4:13-CR-00048-01-BRW

Judgment — Page 3 of 3

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total total term of :

19 months, with no term of supervised release to follow.

☑ The court makes the following recommendations to the Bureau of Prisons:

The Court recommends the defendant participate in nonresidential substance-abuse and mental health treatment during incarceration. The Court also recommends the defendant be designated to an institution located in Arkansas or as close as possible.

☑ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

　☐ at _____ ☐ a.m. ☐ p.m. on _____ .

　☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

　☐ before 2 p.m. on _____ .

　☐ as notified by the United States Marshal.

　☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____ with a certified copy of this judgment.

UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL