IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA                                                          PLAINTIFF

VS.                                    4:13-CR-00048-BRW

DARRELL KEITH SIMPSON                                                              DEFENDANT

## ORDER

Pending is Defendant's *pro se* Motion for jail credit (Doc. No. 18), requesting that I grant him credit for 6 months served while awaiting his revocation hearing.

Under 18 U.S.C. § 3585(b), a defendant is generally entitled to credit for time served in official detention before commencement of his sentence. However, the Attorney General -- not the District Court -- is responsible for computing the amount of credit a defendant is entitled.[1] The Attorney General, acting through the Bureau of Prisons, determines credit for time served. Because the District Court lacks jurisdiction over the matter, Defendant's request is DENIED as MOOT.

Additionally, I note that if Defendant wishes to contest the BOP's determination of the credit he is due, Defendant is entitled to an administrative review of the computation under 28 C.F.R. §§ 542.10-542.16 -- and, after properly exhausting these administrative remedies, he may seek judicial review through filing a *habeas corpus* petition under 28 U.S.C. § 2241.[2]

IT IS SO ORDER this 19th day of October, 2013.

/s/Billy Roy Wilson
UNITED STATES DISTRICT JUDGE

---

[1] *United States v. Wilson*, 503 U.S. 329, 333 (1992).

[2] *Wilson,* 503 U.S. at 335; see also *United States v. Pardue,* 363 F.3d 695, 699 (8th Cir. 2004).

1